Argued and submitted May 12, reversed and remanded for reconsideration
October 6, 1993

In the Matter of the Compensation of
James P. Eddins, Claimant.

James P. EDDINS,
*Petitioner,*

*v.*

MORSE BROTHERS, INC.
and Liberty Northwest Insurance Corporation,
*Respondents.*

(WCB 91-12743; CA A77054)

860 P2d 827

Edward H. Harri, Eugene, argued the cause for petitioner.
With him on the brief was Malagon, Moore, Johnson, Jensen
& Correll, Eugene.

Paul Roess, Lake Oswego, argued the cause and filed the
brief for respondents.

Before Warren, Presiding Judge, and Edmonds and
Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Pacheco-
Gonzales v. SAIF*, 123 Or App 312, 860 P2d 822 (1993).